THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA NELSON,<br><br>        Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance company,<br><br>        Defendant. | Case No. 2:20-cv-00326-RSL<br><br>**ORDER OF DISMISSAL** |

The parties having stipulated that they have resolved this case and that Plaintiff's claims against Defendant in the above-entitled matter should be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without cost or fees to either party.

DATED: July 6, 2020 .

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1
No. 2:20-cv-00326-RSL

THE WOOD LAW FIRM< PLLC
800 5TH AVENUE, SUITE 4100
SEATTLE, WA 98104
206-650-0765; FAX 206-577-5380

120192.0204/7803764.1

Presented by:

LANE POWELL PC

By /s/ Charles C. Huber
    D. Michael Reilly, WSBA No. 14674
    Charles C. Huber, WSBA No. 18941
    Attorneys for Defendant Life Insurance
    Company of North America

THE WOOD LAW FIRM, PLLC

By /s/ John Walker Wood
    John Walker Wood, WSBA No. 39120
    Attorney for Plaintiff Laura Nelson

ORDER OF DISMISSAL - 2
No. 2:20-cv-00326-RSL

THE WOOD LAW FIRM< PLLC
800 5TH AVENUE, SUITE 4100
SEATTLE, WA 98104
206-650-0765; FAX 206-577-5380

120192.0204/7803764.1